IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01861-RPM

ANNETTE M. BROOKSHIRE

    Plaintiff,

v.

POUDRE VALLEY HEALTH CARE, INC. d/b/a
POUDRE VALLEY HEALTH SYSTEM and
UNIVERSITY OF COLORADO HEALTH, d/b/a
POUDRE VALLEY HEALTH CARE, INC., d/b/a
POUDRE VALLEY HEALTH SYSTEM, AND d/b/a
POUDRE VALLEY HOSPITAL

    Defendants.
_____

### ORDER VACATING SCHEDULING ORDER
_____

    Upon reassignment of this civil action and this Court's case management procedures, it is

    ORDERED that the Civil Scheduling Order entered by Magistrate Judge Boyd N. Boland on September 29, 2014, is vacated.

    DATED:   September 30th, 2014

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge