IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01861-RPM

ANNETTE M. BROOKSHIRE,

Plaintiff,

v.

POUDRE VALLEY HEALTHCARE, INC.,
d/b/a Poudre Valley Health System, and
UNIVERSITY OF COLORADO HEALTH,
d/b/a Poudre Valley Health Care, Inc.,
d/b/a Poudre Valley Health System,
d/b/a Poudre Valley Hospital,

Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **December 23, 2014, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 10/2013). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on December 18, 2014.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend. Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference.

Dated: October 22nd, 2014

BY THE COURT:

s/Richard P. Matsch

______________________________
Richard P. Matsch, Senior District Judge