# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 1:14-cv-01861-RPM-MEH

ANNETTE M. BROOKSHIRE

    Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY ,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

On March 11, 2015, the Plaintiff, Annette M. Brookshire and the Defendant, University of Colorado Hospital Authority, filed a Stipulated Motion to Dismiss With Prejudice. This Court accepts the stipulation and finds that the case should be dismissed. The Court further finds that the parties have stipulated that each shall be responsible for its costs and attorneys' fees.

It is therefore ORDERED that this case is hereby DISMISSED WITH PREJUDICE. It is further ORDERED that each party shall be responsible for its costs and attorneys' fees.

DATED: March 12, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge